**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Matthew Maraldo <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 14-16125 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4618

                               Respectfully submitted,

                               **/s/Thomas Puleo, Esquire**
                               Thomas Puleo, Esquire
                               Brian C. Nicholas, Esquire
                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 825-6306  FAX (215) 825-6406