**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Matthew Maraldo<br>                             Debtor(s)<br>                   vs.<br>Nationstar Mortgage LLC<br>                             Respondent | CHAPTER 13<br><br>CASE NO. 14-16125 AMC<br><br>**Reponse to Debtor's Motion to Sell** |

RESPONSE OF Nationstar Mortgage LLC TO DEBTOR'S Reponse to Debtor's Motion to Sell

Respondent, Nationstar Mortgage LLC, by and through its counsel, KML Law Group, P.C. , hereby responds to the Debtor's **Reponse to Debtor's Motion to Sell** as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Respondent does not have the information necessary to admit or deny this response.
5. Respondent does not have the information necessary to admit or deny this response.
6. Admitted.
7. Respondent does not have the information necessary to admit or deny this response.
8. Respondent does not have the information necessary to admit or deny this response.
9. Respondent does not have the information necessary to admit or deny this response.
10. Respondent does not have the information necessary to admit or deny this response.
11. Respondent does not have the information necessary to admit or deny this response.
12. Respondent does not have the information necessary to admit or deny this response.

WHEREFORE, Respondent is in agreement with Debtor's Motion to Sell as the proposed Order provides for the full payoff amount of Respondent's lien for the sale to take place.

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

Date: February 1, 2019