United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-16125-amc
Matthew Maraldo                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 1         Date Rcvd: Feb 13, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2019.
db           #+Matthew Maraldo,    3170 Tilton Street,    Philadelphia, PA 19134-5834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                             Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Matthew  Maraldo brad@sadeklaw.com,    bradsadek@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Matthew Maraldo | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 14-16125 |

### ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AND NOW, this 12th day of Feb, 2019 upon consideration of the Motion of Matthew Maraldo, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED and DECREED that:

1. Notice of the Motion was proper and adequate.

2. The Motion is granted and the sale of the real property known as and located at 3170 Tilton Street, Philadelphia, PA 19134 to "Boon Properties, LLC" as "Buyer" is approved.

3. The Debtor is authorized to sell the property known as and located at 3170 Tilton Street, Philadelphia, PA 19134 in accordance with the terms and conditions that are set for the in the Agreement for the Sale of Real Estate.

4. The Buyer has not assumed any liabilities of the Debtors.

5. The Debtor is authorized to execute documents that are necessary or appropriate to complete the sale of the property.

6. The Agreement of Sale of Real Estate and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

7. Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

8. The mortgage holder on the subject property shall be paid in full in order for the subject sale to take place.

9. The title agent shall pay the Debtor directly in the sum up to $45,950.00 from the sale proceeds at Settlement after the mortgage is satisfied in full.

10. The title agent shall pay the Chapter 13 Trustee the remaining sale proceeds after the Debtor receives his $45,950.00 from the sale proceeds.

FURTHER ORDERED:

_____
J.