United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Matthew Maraldo  
    Debtor

Case No. 14-16125-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Oct 18, 2019  
                       Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.  
db          #+Matthew Maraldo,    3170 Tilton Street,    Philadelphia, PA 19134-5834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2019 at the address(es) listed below:

         ANDREW F GORNALL     on behalf of Creditor     NATIONSTAR MORTGAGE, LLC. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         BRAD J. SADEK     on behalf of Debtor Matthew Maraldo brad@sadeklaw.com, bradsadek@gmail.com  
         JOSHUA ISAAC GOLDMAN     on behalf of Creditor     NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER     on behalf of Creditor     NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ     on behalf of Creditor     NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ     on behalf of Creditor     NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         THOMAS I. PULEO     on behalf of Creditor     NATIONSTAR MORTGAGE, LLC. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                    TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Matthew Maraldo  : Case No. 14–16125–amc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , October 18, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court